

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

REGIONAL OFFICE DIVISION  
NASSAU REGIONAL OFFICE

March 3, 2021

**Via ECF**

The Honorable Sandra J. Feuerstein  
United States District Judge  
Eastern District of New York  
100 Federal Plaza  
Central Islip, New York 11722-9014

    Re:    *Chrysafis v. James*, No. 2:21-cv-0998 (E.D.N.Y.) (SJF) (ARL)  
             Request for permission to file memorandum of law of up to thirty pages

Dear Judge Feuerstein:

    This Office represents Defendant, Letitia James, the New York State Attorney General (sued in her official capacity only) in the above-referenced matter. A hearing in this matter is scheduled for March 16, 2021 on Plaintiffs' motion for a temporary restraining order and preliminary injunction. *See* ECF No. 14.

    Defendant's papers in opposition to the motion are due March 8, 2021. *Id*. I write to respectfully request permission to submit a memorandum of law of up to thirty pages, which would exceed the twenty-five page limit set forth in Your Honor's Individual Rule 4(G). The reason for the request is that Plaintiffs raise numerous federal and state law claims and issues, many of which are complex.

    I have conferred with counsel for Plaintiffs, who graciously consent to this request.

March 3, 2021
Page 2 of 2

      Thank you for your attention to this request.

                                                Respectfully submitted,

                                                s/ *Helena Lynch*
                                              Helena Lynch
                                              Assistant Attorney General, *Of Counsel*
                                              Helena.Lynch@ag.ny.gov | (516) 248-3312

cc:      Counsel of Record (via ECF)