UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PANTELIS CHRYSAFIS, BETTY COHEN, BRANDIE LACASSE, MUDAN SHI, AND FENG ZHOU,

*Plaintiffs*,

-against-

LETITIA JAMES, in her official capacity as Attorney General of the State of New York,

*Defendant*.

2:21-cv-00998 (SJF/ARL)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law dated March 23, 2021, and upon all prior pleadings and proceedings herein, Defendant, Letitia James, will move this Court, before the Honorable Sandra J. Feuerstein, at the United States Courthouse, located at 100 Federal Plaza, Central Islip, New York 11722, on a date and time to be determined by the Court, for an order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing, in their entirety and with prejudice, all claims and requests for relief asserted in the Complaint dated February 24, 2021, together with such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that in accordance with the Court's Order dated March 16, 2021, and the agreement of the parties herein, any affidavits or other papers in opposition to this motion shall be served on or before March 26, 2021.

Dated: Mineola, New York
March 23, 2021

LETITIA JAMES
Attorney General
State of New York
*Attorney for Defendant*
By: s/ Helena Lynch
Helena Lynch
Assistant Attorney General, *of Counsel*
200 Old Country Road, Suite 240
Mineola, New York 11501
(516) 248-3312 | Helena.lynch@ag.ny.gov